Burton M. Bentley, Esq. (Bar No. 00980)
BURTON M. BENTLEY, P.C.
4840 East Jasmine Street, Suite 110
Mesa, Arizona 85205
(602) 861-3055
(602) 861-3230

Attorney for Plaintiff

FILED        LODGED
RECEIVED _____ COPY

MAY 0 4 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z. DEPUTY

FILED        LODGED
RECEIVED        COPY

MAY 1 2 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **MORRIS & MILLER, LTD.**, an Antigua corporation, West Indies Corporation | Case No.: CIV '00-0528-PHX-VAM |
| Plaintiff | **ORDER ACCEPTING LATE FILING OF ELECTION TO HAVE ACTION REASSIGNED TO A DISTRICT JUDGE** |
| vs. | |
| **GENE R. MONTELEONE** and **JULIA MONTELEONE**, husband and wife | |
| Defendants | |

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO... OR LOCAL RULES AND PRACTICES ... ACTION BY THE COURT

*(handwritten)* 1.9(C)(2)

The Plaintiff, Morris & Miller, Ltd., by and through undersigned counsel, having brought before this Court a Motion To Accept Late Filing Of Election To Have Action Reassigned to a District Judge and good cause appearing:

IT IS HEREBY ORDERED, accepting Plaintiff's Late Filing of Election To Have action Reassigned to District Judge; and

IT IS FURTHER ORDERED, vacating the Order to Show Cause hearing set for Monday, May 8, 2000 at 1:30 PM before Judge McNamee.

DATED, this ___8___ day of May, 2000.

_____
Judge of the United States District Court

- 1 -