X FILED ✓ LODGED
RECEIVED COPY
JUL 2 8 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY Z DEPUTY

✓ FILED LODGED
RECEIVED COPY
AUG 2 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

MORRIS & MILLER, LTD., an Antigua corporation, West Indies Corporation,

Plaintiff,

v.

GENE R. MONTELEONE and JULIA MONTELEONE, husband and wife,

Defendants.

Case No. CIV-00-0528-PHX-SMM

**ORDER**

A Notice of Withdrawal by the law firm of Mitchell, Weinroth & Bolden, P.C., as co-counsel for Defendants Gene R. Monteleone and Julia Monteleone in the above-captioned matter, having come before this Court,

IT IS HEREBY ORDERED that the law firm of Mitchell, Weinroth & Bolden is withdrawn as co-counsel for Defendants Gene R. and Julia Monteleone in the above captioned matter.

DATED this 31 day of July, 2000.

The Honorable Stephen M. McNamee

. . .

. . .

16

COPY of the foregoing mailed this ___ day of July, 2000, to:

Burton M. Bentley, Esq.
7878 North 16th Street, Ste. 110
Phoenix, Arizona 85020
Attorney for Plaintiff

Nicholas J. Cornelius, Esq.
Mohr, Hackett, Pederson, Blakley & Randolph, P.C.
2800 North Central, Ste. 1100
Phoenix, Arizona 85004-1043

Timothy F. Bolden, Esq.
Mitchell, Weinroth & Bolden, P.C.
40 N. Central, #2500
Phoenix, Arizona 85004

______________________________

MITCHELL, WEINROTH & BOLDEN, P C
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVENUE, SUITE 2500
PHOENIX, AZ 85004