```
              FILED  X  LODGED          ✓ FILED    ___ LODGED
              RECEIVED ___ COPY         ___ RECEIVED ___ COPY

                  AUG 1 7 2000             SEP 1 1 2000

              CLERK U S DISTRICT COURT   CLERK U S DISTRICT COURT
                 DISTRICT OF ARIZONA        DISTRICT OF ARIZONA
              BY_____ Z DEPUTY       BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MORRIS & MILLER, LTD., an Antigua corporation, West Indies corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENE R. MONTELEONE and JULIA MONTELEONE, husband and wife,<br><br>Defendants. | Case No. CIV-00-0528-PHX-ROS<br><br>**ORDER** |

A Notice of Withdrawal by Nicolas J. Cornelius of the law firm of Mohr, Hackett, Pederson, Blakley & Randolph, P.C. from representation of Defendants Gene R. and Julia Monteleone in the above-captioned matter having come before this Court,

IT IS HEREBY ORDERED that Nicolas J. Cornelius is withdrawn as counsel for Defendants Gene R. and Julia Monteleone in the above-captioned matter.

DATED this 7 day of September, 2000.

_____
ROSLYN O. SILVER
JUDGE, U.S. DISTRICT COURT

///

///

///

1  COPY of the foregoing mailed
   August ___, 2000 to:
2
   Nicolas J. Cornelius
3  Mohr Hackett et. al.
   2800 N. Central Avenue, Suite 1100
4  Phoenix, AZ 85004-1043

5  Burton M. Bentley, Esq.
   7878 North 16th Street
6  Suite 110
   Phoenix, Arizona 85020
7  Attorney for Plaintiff

8

9

10  _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28