RECEIVED ___ COPY

FEB 1 9 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E. DEPUTY

___ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 7 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Morris & Miller, Ltd.,<br><br>                    Plaintiff,<br><br>vs.<br><br>Gene  R.  Monteleone  and  Julia<br>Monteleone, husband and wife,<br><br>                    Defendants. | Case No. 00-CV-528-PHX-ROS<br><br>ORDER |

    Pursuant to the stipulation of the parties, and good cause appearing,

    IT IS HEREBY ORDERED that this matter be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

    DATED: February 26, 2004.

UNITED STATES DISTRICT COURT

By _____
United States District Court Judge

1515255